Certificate Number: 03621-PAE-DE-040919546

Bankruptcy Case Number: 26-11393



03621-PAE-DE-040919546

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 30, 2026, at 9:19 o'clock AM EDT, Nicholas J Schneider completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 30, 2026                    By:     /s/Blanca Velasquez

                                          Name:   Blanca Velasquez

                                          Title:  Credit Counselor