**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE: Nicholas J. Schneider,

                                               BK NO. 26-11393-amc

                  Debtor

UMB Bank, National Association, not in its
individual capacity, but solely as legal title
trustee for LVS Title Trust 2018-1,

                            Movant

                  vs.

Nicholas J. Schneider,
Kenneth E. West, Trustee

                        Respondents

Chapter 13

Confirmation Hearing Date: 7/14/2026

## <u>OBJECTION OF UMB BANK, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS LEGAL TITLE TRUSTEE FOR LVS TITLE TRUST 2018-1 TO CHAPTER 13 PLAN</u>

UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust 2018-1, a secured creditor holding a Mortgage against the real property commonly known 9350 Clark Street, Philadelphia, PA 19115 (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 13 Plan and asserts in support of its Objection as follows:

1.      Debtor's Plan fails to provide for payment of Creditor's estimated prepetition arrearage claim.

2.      Creditor has not yet filed proof of claim but will do so prior to the expiration of the claim's deadline. According to preliminary figures, the arrearage is $30,843.48.

3.      Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Creditor's claim.

4.      Creditor reserves the right to raise any failure of Debtor to timely make all payments under the Plan or required by the Plan, if at the time of the confirmation hearing that appears to be the case.

5.      Confirmation of the Plan is not feasible and at best premature.

6.      Accordingly, Confirmation of the Plan should be denied.

WHEREFORE, UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust 2018-1, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: April 30, 2026

/s/Mark  Cronin_____
Mark  Cronin
Pennsylvania BAR NO. 58240
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
215-402-6989

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: **Nicholas J. Schneider,**

        **Debtor**

**CHAPTER 13**
**BK. NO. 26-11393-amc**

**UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust 2018-1,**
        **Movant**

    **vs.**

**Nicholas J. Schneider,**
**Kenneth E. West, Trustee,**

### CERTIFICATION OF SERVICE

    I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on April 30, 2026.

**Chapter 13 Trustee**
KENNETH E. WEST
ecfemails@ph13trustee.com
VIA ECF

**Debtor's Attorney**
PAUL H. YOUNG
support@ymalaw.com
VIA ECF

**Debtor**
**Nicholas J. Schneider**
9350 Clark Street
Philadelphia, PA 19115

Dated: April 30, 2026

        By: */s/Mark Cronin*_____
        Mark Cronin
        Attorney for Movant