# CERTIFICATION OF NO PAYMENT ADVICES FORM

IN RE:

                                          :      CHAPTER __13__
                                          :
                                          :      CASE NO. __-___-bk- **26-11393**
               **Nicholas Schneider**     :
                                          :
               Debtor(s)                  :

## CERTIFICATION OF NO PAYMENT ADVICES

I, **Nicholas Schneider**, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), **from any source of employment.** I further certify that I received no payment advices during that period because:

☐  I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐  I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐  My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐  I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☒  I did not receive payment advices due to factors other than those listed above. (Please explain)  **Pension**

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: __4-1-2026__                         _____
                                           Debtor