**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| **In Re:** | |
| **Nicholas J. Schneider** | **Chapter 13**<br>**Case No. 26-11393-AMC** |
| **Debtor,** | |
| UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust 2018-1 | |
| Movant,<br>v. | Hearing: September 22, 2026 at 11:00 am<br>Courtroom # 4 |
| Nicholas J. Schneider | |
| Debtor,<br>and | |
| Kenneth E. West, Esquire<br>Trustee, | 11 U.S.C. §362(d) |
| Respondents. | |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust 2018-1, has filed a Motion for Relief from Automatic Stay under §362(d) with the court to permit Movant to pursue its rights in the property described as ***9350 Clark St., Philadelphia, PA 19115*** the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before, **September 8, 2026, you or your attorney must file a response to the Motion.**

**2.** **A hearing on the Motion** is scheduled to be held before the Honorable Chief Judge Ashely M. Chan, on **September 22, 2026 at 11:00 a.m.** in Courtroom #4, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**<u>Filing Instructions</u>**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at:

United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix Sr. Federal Building
900 Market Street, Suite 400
Philadelphia, PA 19107

9. **If you mail your response** to the bankruptcy clerk’s office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

Brian E. Caine, Esquire
PARKER, McCAY, P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mt. Laurel, NJ 08054
(856) 985-4059
Fax (856) 596-3427
bcaine@parkermccay.com
***Attorney for Movant***

Dated: August 25, 2026

By: /s/ Brian E. Caine
Brian E. Caine, Esq.
Attorney ID #86057
**PARKER McCAY P.A.**
9000 Midlantic Drive, Suite 300
Mt. Laurel, NJ 08054
(856) 985-4059
bcaine@parkermccay.com
Attorney for UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust 2018-1